## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT PENNSYLVANIA DISTRICT OF PENNSYLVANIA

IN RE: Ira R. Murray III

<u>Debtor</u>

CHAPTER 13

BKY. NO. 18-13504 AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of SELECT PORTFOLIO SERVICING as servicer for U.S. Bank National Association, as Trustee, Successor in Interest to Wachovia Bank, N.A. (formerly known as First Union National Bank), as Trustee for Long Beach Mortgage Loan Trust 2002-1 and index same on the master mailing list.

Respectfully submitted,

**<u>/s/ Kevin G. McDonald, Esquire</u>**
Kevin G. McDonald, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734