Check date: 3/30/18

**Marrpay Pay Statement**
CONFIDENTIAL - RETAIN FOR TAX PURPOSES

33/703.U2

Paystub Inquiries:
1965 Hawks Landing
Louisville, TN 37777
703-466-7493

| | |
|---|---|
| Week Ending Date | 03/30/2018 |
| Pay Period Start Date | 03/24/2018 |
| Pay Period End Date | 03/30/2018 |
| Weeks Paid | |
| Check Date | 04/05/2018 |
| Check Number | 10044896703 |

| | |
|---|---|
| Total Hrs/Days Worked | 27.9 |
| Gross Pay | 349.17 |
| Taxes | 63.03 |
| Ded. & Adj. | |
| Net Pay | 286.14 |
| Check Amount | 0.00 |

EMPLOYER: MARRIOTT HOTEL SERVICES, INC 10400 FERNWOOD ROAD BETHESDA, MD 20817

IRA MURRAY
1431 N. FELTON STREET
PHILADELPHIA, PA 19151
Empl

HCE Status: NO

Federal Exemptions: 1
State Exemptions: 1

Federal Filing Status: Single
State Filing Status: Single

| | | Current Amount | YTD Amount |
|---|---|---|---|
| Federal Wages: | $ | 322.53 | $ 5,781.13 |
| FICA Wages: | $ | 316.53 | $ 5,781.13 |

**Payments**

| OT Premium* Description | Rate | RegHrs/Days | OT Hrs | Units | Amount |
|---|---|---|---|---|---|
| Rate 2 | 12.300 | 27.9 | | | 343.17 |
| TOTAL REG HRS/DAYS: | | 27.9 | | | |
| LNDRY | | | | | 6.00 |
| Gross Pay: | | | | | 349.17 |

**Tax Deductions**

| Description | Current Deduction | YTD Amount |
|---|---|---|
| Federal Income Tax | 16.57 | 432.86 |
| FICA | 24.21 | 442.25 |
| PHIL-R Income Tax | 12.32 | 224.92 |
| PA Income Tax | 9.72 | 177.48 |
| SUTA Income Tax | 0.21 | 3.70 |
| Total: | 63.03 | Total: 1,281.21 |

**Deductions & Adjustments**

| Description | Before Tax | After Tax |
|---|---|---|
| CREDIT UNION DEDUCTIONS | | 159.50 |
| PROFIT SHARING A/T | | 100.00 |
| DENTAL B/T | 2.65 | |
| MEDICAL B/T | 23.99 | |
| Subtotals: | 26.64 | 259.50 |
| Grand Total: | | 286.14 |

**Direct Deposit**

| Type | Account Number | Amount |
|---|---|---|

**Leave Balance & Miscellaneous Info**

| Description | Amount | Balance |
|---|---|---|
| Available Leave – Hours | | 9.0 |
| Sick Leave – Hours | | 0.7 |

**Occupational Information**

| Rate | Dept/WD | Occ Code | Rate | Description |
|---|---|---|---|---|
| 2 | U2/23 | 011000 | 12.300 | GUEST SERVICE AIDE |

*The OT Premium is added to your base rate(s) to determine OT Rate (time and a half) and DblRate (doubletime), after consideration of multiple base rates and/or additional earnings (such as service charges).




**Marrpay Pay Statement**
**CONFIDENTIAL - RETAIN FOR TAX PURPOSES**

33/703.U2

Paystub Inquiries:
1965 Hawks Landing
Louisville, TN 37777
703-466-7493

| | |
|---|---|
| Week Ending Date: | 05/04/2018 |
| Pay Period Start Date: | 04/28/2018 |
| Pay Period End Date: | 05/04/2018 |
| Weeks Paid: | 1 |
| Check Date: | 05/10/2018 |
| Check Number: | 0044953351 |

| | |
|---|---|
| Total Hrs/Days Worked: | 27.9 |
| Gross Pay: | 504.09 |
| Taxes: | -103.99 |
| Ded & Adjs: | -400.10 |
| Net Pay: | 0.00 |
| Check Amount: | 0.00 |

**EMPLOYER: MARRIOTT HOTEL SERVICES, INC 10400 FERNWOOD ROAD BETHESDA, MD 20817**

IRA MURRAY
1431 N. FELTON STREET
PHILADELPHIA, PA 19151
EmpID: 1

HCE Status: NO

Federal Exemptions: 1
State Exemptions: 1

Federal Filing Status: Single
State Filing Status: Single

| | Current Amount | YTD Amount |
|---|---|---|
| Federal Wages: | $ 477.45 | $ 7,857.61 |
| FICA Wages: | $ 471.45 | $ 7,857.61 |

### Payments

| OT Premium* | Description | Rate | RegHrs/Days | OT Hrs | Units | Amount |
|---|---|---|---|---|---|---|
| | Rate 2 | 12.300 | 27.9 | | | 343.17 |
| | TOTAL REG HRS/DAYS: | | 27.9 | | | |
| | Vacation/PTO | 12.910 | 12.0 | | | 154.92 |
| | LNDRY | | | | 6.00 | |

Gross Pay: 504.09

### Tax Deductions

| Description | Current Deduction | YTD Amount |
|---|---|---|
| Federal Income Tax | 34.82 | 573.26 |
| FICA | 36.06 | 601.10 |
| PHIL-R Income Tax | 18.34 | 305.71 |
| PA Income Tax | 14.47 | 241.22 |
| SUTA Income Tax | 0.30 | 5.03 |
| Total: | 103.99 | Total: 1,726.32 |

### Deductions & Adjustments

| Description | Before Tax | After Tax |
|---|---|---|
| CREDIT UNION DEDUCTIONS | | 273.46 |
| PROFIT SHARING A/T | | 100.00 |
| DENTAL B/T | 2.65 | |
| MEDICAL B/T | 23.99 | |
| Subtotals: | 26.64 | 373.46 |
| Grand Total: | | 400.10 |

### Direct Deposit

| Type | Account Number | Amount |
|---|---|---|
| | | |

### Leave Balance & Miscellaneous Info

| Description | Amount | Balance |
|---|---|---|
| Available Leave – Hours | | 5.9 |
| Sick Leave – Hours | | 0.7 |

### Occupational Information

| Rate | Dept/WD | Occ Code | Rate | Description |
|---|---|---|---|---|
| 2 | U2/23 | 011000 | 12.300 | GUEST SERVICE AIDE |

*The OT Premium is added to your base rate(s) to determine OT Rate (time and a half) and DblRate (doubletime), after consideration of multiple base rates and/or additional earnings (such as service charges).

## Marrpay Pay Statement
**CONFIDENTIAL - RETAIN FOR TAX PURPOSES**

33/703.U2

Paystub Inquiries:
1965 Hawks Landing
Louisville, TN 37777
703-466-7493

| | | | |
|---|---|---|---|
| Week Ending Date: | 04/27/2018 | Total Hrs/Days Worked: | 36.3 |
| Pay Period Start Date: | 04/21/2018 | Gross Pay: | 453.99 |
| Pay Period End Date: | 04/27/2018 | Taxes: | -90.24 |
| Weeks Paid: | 1 | Ded & Adjs: | -363.75 |
| Check Date: | 05/03/2018 | Net Pay: | 0.00 |
| Check Number: | 0044941656 | Check Amount: | 0.00 |

**EMPLOYER: MARRIOTT HOTEL SERVICES, INC 10400 FERNWOOD ROAD BETHESDA, MD 20817**

IRA MURRAY
1431 N. FELTON STREET.
PHILADELPHIA, PA 19151
Empl

HCE Status: NO

| | Current Amount | YTD Amount |
|---|---|---|
| Federal Exemptions: 1 | | |
| State Exemptions: 1 | Federal Filing Status: Single | State Filing Status: Single |
| Federal Wages: $ | 427.35 | $ 7,386.16 |
| FICA Wages: $ | 419.85 | $ 7,386.16 |

### Payments

| OT Premium* | Description | Rate | RegHrs/Days | OT Hrs | Units | Amount |
|---|---|---|---|---|---|---|
| | Rate 2 | 12.300 | 36.3 | | | 446.49 |
| | TOTAL REG HRS/DAYS: | | 36.3 | | | |
| | LNDRY | | | | | 7.50 |
| | Gross Pay: | | | | | 453.99 |

### Tax Deductions

| Description | Current Deduction | YTD Amount |
|---|---|---|
| Federal Income Tax | 28.62 | 538.44 |
| FICA | 32.12 | 565.04 |
| PHIL-R Income Tax | 16.34 | 287.37 |
| PA Income Tax | 12.89 | 226.75 |
| SUTA Income Tax | 0.27 | 4.73 |
| **Total:** | **90.24** | **Total: 1,622.33** |

### Deductions & Adjustments

| Description | Before Tax | After Tax |
|---|---|---|
| CREDIT UNION DEDUCTIONS | | 237.11 |
| PROFIT SHARING A/T | | 100.00 |
| DENTAL B/T | 2.65 | |
| MEDICAL B/T | 23.99 | |
| **Subtotals:** | 26.64 | 337.11 |
| **Grand Total:** | | 363.75 |

### Direct Deposit

| Type | Account Number | Amount |
|---|---|---|
| | | |

### Leave Balance & Miscellaneous Info

| Description | Amount | Balance |
|---|---|---|
| Available Leave – Hours | | 14.0 |
| Sick Leave – Hours | | 0.7 |

### Occupational Information

| Rate | Dept/WD | Occ Code | Rate | Description |
|---|---|---|---|---|
| 2 | U2/23 | 011000 | 12.300 | GUEST SERVICE AIDE |

*The OT Premium is added to your base rate(s) to determine OT Rate (time and a half) and DblRate (doubletime), after consideration of multiple base rates and/or additional earnings (such as service charges).

**Marrpay Pay Statement**
**CONFIDENTIAL - RETAIN FOR TAX PURPOSES**

33/703.U2

Paystub Inquiries:
1965 Hawks Landing
Louisville, TN 37777
703-466-7493

| | |
|---|---|
| Week Ending Date: | 04/20/2018 |
| Pay Period Start Date: | 04/14/2018 |
| Pay Period End Date: | 04/20/2018 |
| Weeks Paid: | 1 |
| Check Date: | 04/26/2018 |
| Check Number: | 0044930298 |

| | |
|---|---|
| Total Hrs/Days Worked: | 28.5 |
| Gross Pay: | 459.83 |
| Taxes: | -92.19 |
| Ded & Adjs: | -367.64 |
| Net Pay: | 0.00 |
| Check Amount: | 0.00 |

EMPLOYER: MARRIOTT HOTEL SERVICES, INC 10400 FERNWOOD ROAD BETHESDA, MD 20817

IRA MURRAY
1431 N. FELTON STREET.
PHILADELPHIA, PA 19151
Emp:

HCE Status: NO

Federal Exemptions: 1
State Exemptions: 1

Federal Filing Status: Single
State Filing Status: Single

| | Current Amount | YTD Amount |
|---|---|---|
| Federal Wages: | $ 433.19 | $ 6,966.31 |
| FICA Wages: | $ 427.19 | $ 6,966.31 |

**Payments**

| OT Premium* | Description | Rate | RegHrs/Days | OT Hrs | Units | Amount |
|---|---|---|---|---|---|---|
| | Rate 2 | 12.300 | 28.5 | | | 350.55 |
| | TOTAL REG HRS/DAYS: | | 28.5 | | | |
| | Vacation/PTO | 12.910 | 8.0 | | | 103.28 |
| | LNDRY | | | | | 6.00 |

Gross Pay: 459.83

**Tax Deductions**

| Description | Current Deduction | YTD Amount |
|---|---|---|
| Federal Income Tax | 29.51 | 509.82 |
| FICA | 32.68 | 532.92 |
| PHIL-R Income Tax | 16.62 | 271.03 |
| PA Income Tax | 13.11 | 213.86 |
| SUTA Income Tax | 0.27 | 4.46 |
| Total: | 92.19 | Total: 1,532.09 |

**Deductions & Adjustments**

| Description | Before Tax | After Tax |
|---|---|---|
| CREDIT UNION DEDUCTIONS | | 241.00 |
| PROFIT SHARING A/T | | 100.00 |
| DENTAL B/T | 2.65 | |
| MEDICAL B/T | 23.99 | |
| Subtotals: | 26.64 | 341.00 |
| Grand Total: | | 367.64 |

**Direct Deposit**

| Type | Account Number | Amount |
|---|---|---|
| | | |

**Leave Balance & Miscellaneous Info**

| Description | Amount | Balance |
|---|---|---|
| Available Leave – Hours | | 10.5 |
| Sick Leave – Hours | | 0.7 |

**Occupational Information**

| Rate | Dept/WD | Occ Code | Rate | Description |
|---|---|---|---|---|
| 2 | U2/23 | 011000 | 12.300 | GUEST SERVICE AIDE |

*The OT Premium is added to your base rate(s) to determine OT Rate (time and a half) and DblRate (doubletime), after consideration of multiple base rates and/or additional earnings (such as service charges).

**Marrpay Pay Statement**
**CONFIDENTIAL - RETAIN FOR TAX PURPOSES**

33/703.U2

Paystub Inquiries:
1965 Hawks Landing
Louisville, TN 37777
703-466-7493

| | |
|---|---|
| Week Ending Date: | 04/13/2018 |
| Pay Period Start Date: | 04/07/2018 |
| Pay Period End Date: | 04/13/2018 |
| Weeks Paid: | 1 |
| Check Date: | 04/19/2018 |
| Check Number: | 0044918433 |

| | |
|---|---|
| Total Hrs/Days Worked: | 35.3 |
| Gross Pay: | 441.69 |
| Taxes: | -86.96 |
| Ded & Adjs: | -354.73 |
| Net Pay: | 0.00 |
| Check Amount: | 0.00 |

EMPLOYER: MARRIOTT HOTEL SERVICES, INC 10400 FERNWOOD ROAD BETHESDA, MD 20817

IRA MURRAY
1431 N. FELTON STREET.
PHILADELPHIA, PA 19151
Empl:

HCE Status: NO
Federal Exemptions: 1
State Exemptions: 1

Federal Filing Status: Single
State Filing Status: Single

| | Current Amount | YTD Amount |
|---|---|---|
| Federal Wages: | $ 415.05 | $ 6,539.12 |
| FICA Wages: | $ 407.55 | $ 6,539.12 |

### Payments

| OT Premium* Description | Rate | RegHrs/Days | OT Hrs | Units | Amount |
|---|---|---|---|---|---|
| Rate 2 | 12.300 | 35.3 | | | 434.19 |
| TOTAL REG HRS/DAYS: | | 35.3 | | | |
| LNDRY | | | | | 7.50 |
| Gross Pay: | | | | | 441.69 |

### Tax Deductions

| Description | Current Deduction | YTD Amount |
|---|---|---|
| Federal Income Tax | 27.15 | 480.31 |
| FICA | 31.18 | 500.24 |
| PHIL-R Income Tax | 15.86 | 254.41 |
| PA Income Tax | 12.51 | 200.75 |
| SUTA Income Tax | 0.26 | 4.19 |
| Total: | 86.96 | Total: 1,439.90 |

### Deductions & Adjustments

| Description | Before Tax | After Tax |
|---|---|---|
| CREDIT UNION DEDUCTIONS | | 228.09 |
| PROFIT SHARING A/T | | 100.00 |
| DENTAL B/T | 2.65 | |
| MEDICAL B/T | 23.99 | |
| Subtotals: | 26.64 | 328.09 |
| Grand Total: | | 354.73 |

### Direct Deposit

| Type | Account Number | Amount |
|---|---|---|
| | | |

### Leave Balance & Miscellaneous Info

| Description | Amount | Balance |
|---|---|---|
| Available Leave – Hours | | 15.0 |
| Sick Leave – Hours | | 0.7 |

### Occupational Information

| Rate | Dept/WD | Occ Code | Rate | Description |
|---|---|---|---|---|
| 2 | U2/23 | 011000 | 12.300 | GUEST SERVICE AIDE |

*The OT Premium is added to your base rate(s) to determine OT Rate (time and a half) and DblRate (doubletime), after consideration of multiple base rates and/or additional earnings (such as service charges).