Check Date
4/5/17

**Marrpay Pay Statement**
**CONFIDENTIAL - RETAIN FOR TAX PURPOSES**

33/703.U2

Paystub Inquiries:
1965 Hawks Landing
Louisville, TN 37777
703-466-7493



EMPLOYER: MARRIOTT HOTEL SERVICES, INC 10400 FERNWOOD ROAD BETHESDA, MD 20817

| | | |
|---|---|---|
| IRA MURRAY | HCE Status: NO | Federal Exemptions: 1 |
| 1431 N. FELTON STREET. | | State Exemptions: 1 |
| PHILADELPHIA, PA 19151 | | |
| Empl: | | |

Federal Filing Status: Single
State Filing Status: Single

| | Current Amount | YTD Amount |
|---|---|---|
| Federal Wages: | $ 322.53 | $ 5,781.13 |
| FICA Wages: | $ 316.53 | $ 5,781.13 |

**Payments**

| OT Premium* Description | Rate | RegHrs/Days | OT Hrs | Units | Amount |
|---|---|---|---|---|---|
| Rate 2 | 12.300 | 27.9 | | | 343.17 |
| TOTAL REG HRS/DAYS: | | 27.9 | | | |
| LNDRY | | | | | 6.00 |
| | | | Gross Pay: | | 349.17 |

**Tax Deductions**

| Description | Current Deduction | YTD Amount |
|---|---|---|
| Federal Income Tax | 16.57 | 432.86 |
| FICA | 24.21 | 442.25 |
| PHIL-R Income Tax | 12.32 | 224.92 |
| PA Income Tax | 9.72 | 177.48 |
| SUTA Income Tax | 0.21 | 3.70 |
| Total: | 63.03 | Total: 1,281.21 |

**Distributions & Adjustments**

| Description | Before Tax | After Tax |
|---|---|---|
| CREDIT UNION DEDUCTIONS | | 159.50 |
| PROFIT SHARING A/T | | 100.00 |
| DENTAL B/T | 2.65 | |
| MEDICAL B/T | 23.99 | |
| Subtotals: | 26.64 | 289.50 |
| Grand Total: | | 286.14 |

**Direct Deposits**

| Type | Account Number | Amount |
|---|---|---|

**Leave Balance & Miscellaneous Info**

| Description | Amount | Balance |
|---|---|---|
| Available Leave – Hours | | 9.0 |
| Sick Leave – Hours | | 0.7 |

**Occupational Information**

| Rate | Dept/WD | Occ Code | Rate | Description |
|---|---|---|---|---|
| 2 | U2/23 | 011000 | 12.300 | GUEST SERVICE AIDE |

*The OT Premium is added to your base rate(s) to determine OT Rate (time and a half) and DblRate (doubletime), after consideration of multiple base rates and/or additional earnings (such as service charges).