United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-13504-amc
Ira R. Murray, III                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: dlv              Page 1 of 3              Date Rcvd: Jun 11, 2018
                              Form ID: 309I          Total Noticed: 86

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 13, 2018.
```
db             +Ira R. Murray, III,    1431 N. Felton Street,    Philadelphia, PA 19151-3806
aty            +MICHAEL A. CATALDO2,    Cibik & Cataldo, P.C.,    1500 Walnut Street,    Suite 900,
                 Philadelphia, PA 19102-3518
14113329       +Aaron's Philadelphia,    6420 Frankford Avenue, Ste 3,    Philadelphia, PA 19135-3038
14113331        American Independent Services,    P.O. Box 42526,    Philadelphia, PA 19101
14113333        Arizona Premium Finance Co.,    12406 N. 32nd Street, Suite 110,    Philadelphia, PA 19151
14113334       +Az Premium Finance Co,    12406 N 32nd St Ste 110,    Phoenix, AZ 85032-7147
14113335      ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
               (address filed with court: Caine & Weiner,     P.O. Box 5010,    Woodland Hills, CA 91365-5010)
14113337        Chase Manhattan Mortgage,    3415 Vision Drive,    Columbus, OH 43219-6009
14113341       +City of Philadelphia,    Department of Finance,    P.O. Box 56318,    Philadelphia, PA 19130-6318
14113345       +Consumer Portfolio Services, INC,    19500 Jamboree Road,    Irvine, CA 92612-2411
14113346       +Consumer Portfolio Svc,    Attn:Bankruptcy,    19500 Jamboree Rd,    Irvine, CA 92612-2411
14113348       +Credit Acceptance,    Attn: Bankruptcy Dept,    25505 West 12 Mile Rd Ste 3000,
                 Southfield, MI 48034-8331
14113350       +D.L.S. Law Offices,    8001 Castor Ave.,    Philadelphia, PA 19152-2701
14113353        Diversified Adjustments Service, Inc.,    P.O. Box 32145,    Fridley, MN 55432-0145
14113357       +EOS CCA,    700 Longwater Drive,    Norwell, MA 02061-1624
14113356        Enhanced Recovery Co., LLC,    P.O. Box 23870,    Jacksonville, FL 32241-3870
14113358       +Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
14113360       +Experian,    Profile Maintenance,    P.O. Box 9558,    Allen, Texas 75013-9558
14113361       +FH Cann & Associates, INC.,    1600 Osgood St.,    Suite 20-2/ 120,
                 North Andover, MA 01845-1048
14113362        Financial Recoveries,    PO BOX 1388,    Mt Laurel NJ 08054-7388
14113363        Hertz  Processing Services,    P.O. Box 956649,    Saint Louis, MO 63195-6649
14113367        IRM Properties,    P.O. Box 742596,    Cincinnati, OH 45274-2596
14113366        Infinity Insurance Companies,    P.O. Box 2153,    Brimingham, AL 35287-2537
14113368       +Jeanette Martinez,    5405 N. Front Street,    Philadelphia, PA 19120-2913
14113369       +KML Law Group,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
14113370        Lankenau Medical Center,    Patient Payments,    P.O. Box 8500-1145,
                 Philadelphia, PA 19178-1145
14113371        Law Enforcement Systems, LCC DelDOT,    P.O. Box 3032,    Milwaukee, WI 53201-3032
14113372       +Lazarus Financial Grou,    5420 Lbj Freeway,    Dallas, TX 75240-6222
14113373        Lazarus Financial Group, INC,    P.O. Box 867045,    Plano, TX 75086-7045
14113375       +Linebarger Goggan Blair and Sampson LLP,    1600 JFK Blvd.,    4 Penn Center, Suite 910,
                 Philadelphia, PA 19103-2818
14113376        Main Line Healthcare,    P.O.Box 8500-4600,    Philadelphia, PA 19178-4600
14113378       +Marriott Employees Fcu,    10400 Fernwood Rd Ste Ll,    Bethesda, MD 20817-1102
14113379        National Ins., Inc.,    330 E. State Street,    Newtown, PA 18940
14113380        National Payment Center,    U.S. Department of Education,    P.O. Box 105028,
                 Atlanta, GA 30348-5028
14113383        PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,    P.O. Box 280946,
                 Harrisburg, PA 17120-0946
14113386       +PGW,    Legal Dept. 4th Floor,    800 W. Montgomery Avenue,    Philadelphia, PA 19122-2806
14113385       +Penn Credit Corporation,    P.O. 1259, Dept. 91047,    Oaks, PA 19456-1259
14113387       +Philadelphia Parking Authority,    Red Light Camera Program,    P.O. Box 7425033101 Market Street,
                 Cincinnati, OH 45274-0001
14113389        Progressive Insurance,    P.O. Box 7247-0311,    Philadelphia, PA 19170-0311
14113390       +Security Credit Servic,    PO Box 1156,    Oxford, MS 38655-1156
14113394       +Sunrise Credit Services, Inc.,    Attn: Bankruptcy,    260 Airport Plaza,
                 Farmingdale, NY 11735-4021
14113396       +Tek-collect Inc,    871 Park St,    Columbus, OH 43215-1441
14113397       +TekCollect Inc,    PO Box 1269,    Columbus, OH 43216-1269
14113398       +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
                 Chicago, IL 60661-3631
14113400       +U. S. Dept of Education,    PO box 530260,    Atlanta, GA 30353-0260
14113402        UPHS PPMC Patient Pay,    P.O. Box 824314,    Philadelphia, PA 19182-4314
14113401        UPHS Physicians Patient IDX,    P.O. Box 827579,    Philadelphia, PA 19182-7579
14113405       +Wade Insurance Agency,    143 E. Roosevelt Blvd.,    Philadelphia, PA 19120-4243

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: ecf@ccpclaw.com Jun 12 2018 02:04:22     MICHAEL A. CIBIK2,
                 Cibik & Cataldo, P.C.,    1500 Walnut Street,    Suite 900,    Philadelphia, PA  19102
tr             +E-mail/Text: bncnotice@ph13trustee.com Jun 12 2018 02:05:27     WILLIAM C. MILLER, Esq.,
                 Chapter 13 Trustee,    P.O. Box 1229,    Philadelphia, PA 19105-1229
smg             E-mail/Text: megan.harper@phila.gov Jun 12 2018 02:05:08     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 12 2018 02:04:42
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 12 2018 02:05:04     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
```

```
District/off: 0313-2            User: dlv                   Page 2 of 3                   Date Rcvd: Jun 11, 2018
                                Form ID: 309I               Total Noticed: 86


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
ust              +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jun 12 2018 02:04:55      United States Trustee,
                  Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
14113330         +EDI: AFNIRECOVERY.COM Jun 12 2018 05:53:00      Afni, Inc.,    Po Box 3097,
                  Bloomington, IL 61702-3097
14113332         +E-mail/Text: pseymour@apexmtg.com Jun 12 2018 02:04:34      Apex,    1 Walnut Grove,    Suite 300,
                  Horsham, PA 19044-2201
14113340          E-mail/Text: megan.harper@phila.gov Jun 12 2018 02:05:08      City Of Philadelphia,
                  Major Tax Unit/Bankruptcy Dept.,    1401 JFK Blvd, Room 580,    Philadelphia, PA 19102
14113343          E-mail/Text: megan.harper@phila.gov Jun 12 2018 02:05:08      City of Philadelphia,
                  Bankruptcy Unit,    15th Floor,    1515 Arch Street,    Philadelphia, PA 19102
14113347         +E-mail/Text: bankruptcy@consumerportfolio.com Jun 12 2018 02:05:00      CPS, Inc.,
                  P.O. Box 57071,    Irvine, CA 92619-7071
14113336          E-mail/Text: ebn@carepayment.com Jun 12 2018 02:05:33      CarePayment,    P.O. Box 2398,
                  Omaha, NE 68103-2398
14114852         +E-mail/Text: bankruptcy@cavps.com Jun 12 2018 02:05:01      Cavalry SPV I, LLC,
                  500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
14113338         +E-mail/Text: ecf@ccpclaw.com Jun 12 2018 02:04:32      Cibik and Cataldo, P.C.,
                  1500 Walnut St., Suite 900,    Philadelphia, PA 19102-3518
14113342         +E-mail/Text: bankruptcy@philapark.org Jun 12 2018 02:05:25      City of Philadelphia,
                  Parking Violations Branch,    PO Box 41819,    Philadelphia, PA 19101-1819
14113344         +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Jun 12 2018 02:05:21
                  Comcast Cable,    P.O. Box 3006,    Southeastern, PA 19398-3006
14113349         +EDI: CCS.COM Jun 12 2018 05:53:00      Credit collection services,    Two Wells Avenue,
                  Dept. 9135,    Newtown, MA 02459-3225
14113351          EDI: DIRECTV.COM Jun 12 2018 05:58:00      Direct TV,    P.O. Box 11732,    Newark, NJ 07101
14113352          EDI: DIRECTV.COM Jun 12 2018 05:58:00      Direct TV,    P.O. Box 78626,    Phoenix, AZ 85062
14113354          EDI: DCI.COM Jun 12 2018 05:58:00      Diversified Consultants, Inc.,    P.O. Box 551268,
                  Jacksonville, FL 32255-1268
14119179          EDI: ECMC.COM Jun 12 2018 05:53:00      ECMC,    PO Box 16408,    St. Paul, MN 55116-0408
14113359         +E-mail/Text: bknotice@ercbpo.com Jun 12 2018 02:04:57      ERC/Enhanced Recovery Corp,
                  Attn: Bankruptcy,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
14113355          E-mail/Text: bknotice@ercbpo.com Jun 12 2018 02:04:57      Enhanced Recovery Co., LLC,
                  8014 Bayberry Road,    Jacksonville, FL 32256-7412
14113364         +EDI: IIC9.COM Jun 12 2018 05:58:00      I.C. System, Inc.,    444 Highway 96, East,
                  P.O. Box 64794,    Saint Paul, MN 55164-0794
14113365          EDI: IRS.COM Jun 12 2018 05:58:00      I.R.S.,    P.O. Box 7346,    Philadelphia, PA 19101-7346
14113374         +E-mail/Text: bankruptcy@philapark.org Jun 12 2018 02:05:26      LDC Collection,    P.O. Box 41819,
                  Philadelphia, PA 19101-1819
14113377         +E-mail/Text: MVCIBL@VACATIONCLUB.COM Jun 12 2018 02:04:56      Marriott Employees Fcu,
                  10400 Fernwood Rd,    Bethesda, MD 20817-1102
14113382         +E-mail/Text: bankruptcydepartment@tsico.com Jun 12 2018 02:05:24
                  NCO Fianancial Systems, INC- KGPORT,    P.O. Box 15270,    Willmington, DE 19850-5270
14113381         +E-mail/Text: bankruptcydepartment@tsico.com Jun 12 2018 02:05:24
                  NCO Fianancial Systems, INC- KGPORT,    P.O. Box 15273,    Willmington, DE 19850-5273
14113384          E-mail/Text: bankruptcygroup@peco-energy.com Jun 12 2018 02:04:36      Peco Energy,
                  2301 Market Street # N 3-1,    Legal Department,    Philadelphia PA 19103-1338
14113388         +E-mail/Text: bankruptcy@philapark.org Jun 12 2018 02:05:26      Philadelphia Parking Authority,
                  Bankruptcy Department,    701 Market Street,    Philadelphia, PA 19106-2895
14113391         +E-mail/Text: jennifer.chacon@spservicing.com Jun 12 2018 02:05:37
                  Select Portfolio Servicing,    PO Box 65250,    Salt Lake City, UT 84165-0250
14113393          EDI: SWCR.COM Jun 12 2018 05:58:00      Southwest Credit,    4120 International Pkwy,
                  Suite 1100,    Carrollton, TX  75007-1958
14113395          EDI: AISTMBL.COM Jun 12 2018 05:53:00      T Mobile,    P.O. Box 629025,
                  El Dorado Hills, CA  95762
14119626         +EDI: AIS.COM Jun 12 2018 05:53:00      T Mobile/T-Mobile USA Inc,
                  by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14113403         +EDI: VERIZONCOMB.COM Jun 12 2018 05:58:00      Verizon,    500 Technology Dr Ste 30,
                  Weldon Spring, MO 63304-2225
14113404         +EDI: VERIZONCOMB.COM Jun 12 2018 05:58:00      Verizon,    Verizon Wireless Bk Admin,
                  500 Technology Dr Ste 550,    Weldon Springs, MO 63304-2225
14113406          E-mail/Text: eforbes@ph13trustee.com Jun 12 2018 02:04:38      William C. Miller, Esquire,
                  Chapter 13 Trustee,    P.O. Box 40119,    Philadelphia, PA 19106-0119
                                                                                               TOTAL: 38

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14113339*       +Cibik and Cataldo, P.C.,    1500 Walnut Street,   Suite 900,   Philadelphia, PA 19102-3518
14113392*       +Select Portfolio Servicing, Inc,    PO Box 65250,   Salt Lake City, UT 84165-0250
14113399       ##+Transworld System Inc/,    2235 Mercury Way Ste 275,   Santa Rosa, CA 95407-5463
                                                                                               TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0313-2          User: dlv              Page 3 of 3              Date Rcvd: Jun 11, 2018
                              Form ID: 309I          Total Noticed: 86
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2018 at the address(es) listed below:

```
          DANIEL L. REINGANUM    on behalf of Creditor    APEX MORTGAGE CORP. dreinganum@MPADLaw.com,
           kgresh@mpadlaw.com;djamison@mpadlaw.com;r62202@notify.bestcase.com
          KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association, as Trustee, Successor
           in Interest to Wachovia Bank, N.A. (formerly known as First Union National Bank), as Trustee, et
           al bkgroup@kmllawgroup.com
          MICHAEL A. CATALDO2    on behalf of Debtor Ira R. Murray, III ecf@ccpclaw.com,
           igotnotices@ccpclaw.com
          MICHAEL A. CIBIK2    on behalf of Debtor Ira R. Murray, III ecf@ccpclaw.com,
           igotnotices@ccpclaw.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                      TOTAL: 6
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Ira R. Murray III** | Social Security number or ITIN | **xxx–xx–5143** |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed for chapter 13 | **5/29/18** |
| Case number: | **18–13504–amc** | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case
**\*\*Debtor's Photo ID &Social Security Card Must Be Presented at 341 Hearing\*\***                                    12/15

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Ira R. Murray III | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1431 N. Felton Street<br>Philadelphia, PA 19151 | |
| 4. | **Debtor's attorney**<br>Name and address | MICHAEL A. CIBIK2<br>Cibik & Cataldo, P.C.<br>1500 Walnut Street<br>Suite 900<br>Philadelphia, PA 19102 | Contact phone 215–735–1060<br>Email: ecf@ccpclaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | WILLIAM C. MILLER, Esq.<br>Chapter 13 Trustee<br>P.O. Box 1229<br>Philadelphia, PA 19105 | Contact phone 215–627–1377<br>Email: ecfemails@ph13trustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at  www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M<br>Reading Office –– 8:00 A.M. to 4:30 P.M.<br>Contact phone (215)408–2800<br>Date: 6/11/18 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 23, 2018 at 9:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Suite 18–341, 1234 Market Street, Philadelphia, PA 19107** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 9/21/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 8/7/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 11/25/18** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**  30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of 1200.00 per month for 60 months. The plan or a summary of the plan is enclosed. The hearing on confirmation will be held on:<br>**8/28/18** at **10:00 AM** , Location: **Courtroom #5, 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |