United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                       Case No. 18-13504-amc
Ira R. Murray, III                                                           Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW         Page 1 of 1              Date Rcvd: Jun 26, 2018
                        Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2018.
db             +Ira R. Murray, III,    1431 N. Felton Street,    Philadelphia, PA 19151-3806

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2018 at the address(es) listed below:
      DANIEL L. REINGANUM    on behalf of Creditor    APEX MORTGAGE CORP. dreinganum@MPADLaw.com,
      kgresh@mpadlaw.com;djamison@mpadlaw.com;r62202@notify.bestcase.com
      KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association, as Trustee, Successor
      in Interest to Wachovia Bank, N.A. (formerly known as First Union National Bank), as Trustee, et
      al bkgroup@kmllawgroup.com
      MICHAEL A. CATALDO2    on behalf of Debtor Ira R. Murray, III ecf@ccpclaw.com,
      igotnotices@ccpclaw.com
      MICHAEL A. CIBIK2    on behalf of Debtor Ira R. Murray, III ecf@ccpclaw.com,
      igotnotices@ccpclaw.com
      REBECCA ANN SOLARZ    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for
      the SACO I Inc., Mortgage Pass-through Certficates, Series 2000-1 bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                             TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Ira Murray | | |
| (DEBTOR) | : | Bankruptcy No. 18-13504AMC |

**O R D E R**

AND NOW upon consideration of the Debtor's Motion to Extend the Automatic Stay under 11 U.S.C. §362 (c)(3)(B) ("the Motion") and there being no opposition to the motion,

It is hereby **ORDERED** that:

1. The Motion is Granted.

2. The automatic stay is extended with respect to all creditors who were served with the Motion or Notice of the Motion and shall remain in effect unless modified by the court in accordance with 11 U.S.C. §362(d) and Fed. R. Bankr. P. 4001(a).

By the Court:

Date: June 26, 2018

Hon. Ashely M. Chan
U.S. Bankruptcy Judge

cc:   Michael A. Cataldo, Esquire
Cibik & Cataldo, P.C.
1500 Walnut Street, Ste. 900
Philadelphia, PA 19102

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19106-0119