Marrpay Pay Statement
**CONFIDENTIAL - RETAIN FOR TAX PURPOSES**

33/703.U2

Paystub Inquiries:
1965 Hawks Landing
Louisville, TN 37777
703-466-7493

| | | | | |
|---|---|---|---|---|
| Week Ending Date: | 04/13/2018 | Total Hrs/Days Worked: | | 35.3 |
| Pay Period Start Date: | 04/07/2018 | Gross Pay: | | 441.69 |
| Pay Period End Date: | 04/13/2018 | Taxes: | | -86.96 |
| Weeks Paid: | 1 | Ded & Adjs: | | -354.73 |
| Check Date: | 04/19/2018 | Net Pay: | | 0.00 |
| Check Number: | 0044918433 | Check Amount: | | 0.00 |

EMPLOYER: MARRIOTT HOTEL SERVICES, INC 10400 FERNWOOD ROAD BETHESDA, MD 20817

IRA MURRAY                              HCE Status: NO
1431 N. FELTON STREET.
PHILADELPHIA, PA 19151
EmpID:

Federal Exemptions: 1                        Federal Filing Status: Single
State Exemptions: 1                          State Filing Status: Single

| | Current Amount | YTD Amount |
|---|---|---|
| Federal Wages: | $ 415.05 | $ 6,539.12 |
| FICA Wages: | $ 407.55 | $ 6,539.12 |

### Payments

| OT Premium* | Description | Rate | RegHrs/Days | OT Hrs | Units | Amount |
|---|---|---|---|---|---|---|
| | Rate 2 | 12.300 | 35.3 | | | 434.19 |
| | **TOTAL REG HRS/DAYS:** | | **35.3** | | | |
| | LNDRY | | | | | 7.50 |
| | | | | Gross Pay: | | 441.69 |

### Tax Deductions

| Description | Current Deduction | YTD Amount |
|---|---|---|
| Federal Income Tax | 27.15 | 480.31 |
| FICA | 31.18 | 500.24 |
| PHIL-R Income Tax | 15.86 | 254.41 |
| PA Income Tax | 12.51 | 200.75 |
| SUTA Income Tax | 0.26 | 4.19 |
| **Total:** | **86.96** | **Total: 1,439.90** |

### Deductions & Adjustments

| Description | Before Tax | After Tax |
|---|---|---|
| CREDIT UNION DEDUCTIONS | | 228.09 |
| PROFIT SHARING A/T | | 100.00 |
| DENTAL B/T | 2.65 | |
| MEDICAL B/T | 23.99 | |
| **Subtotals:** | **26.64** | **328.09** |
| **Grand Total:** | | **354.73** |

### Direct Deposit

| Type | Account Number | Amount |
|---|---|---|
| | | |

### Leave Balance & Miscellaneous Info

| Description | Amount | Balance |
|---|---|---|
| Available Leave – Hours | | 15.0 |
| Sick Leave – Hours | | 0.7 |

### Occupational Information

| Rate | Dept/WD | Occ Code | Rate | Description |
|---|---|---|---|---|
| 2 | U2/23 | 011000 | 12.300 | GUEST SERVICE AIDE |

*The OT Premium is added to your base rate(s) to determine OT Rate (time and a half) and DblRate (doubletime), after consideration of multiple base rates and/or additional earnings (such as service charges).

## Marrpay Pay Statement
### CONFIDENTIAL - RETAIN FOR TAX PURPOSES

33/703.U2

Paystub Inquiries:
1965 Hawks Landing
Louisville, TN 37777
703-466-7493

| | | | | |
|---|---|---|---|---|
| Week Ending Date: | 05/11/2018 | Total Hrs/Days Worked: | | 39.5 |
| Pay Period Start Date: | 05/05/2018 | Gross Pay: | | 493.35 |
| Pay Period End Date: | 05/11/2018 | Taxes: | | -100.74 |
| Weeks Paid: | 1 | Ded & Adjs: | | -392.61 |
| Check Date: | 05/17/2018 | Net Pay: | | 0.00 |
| Check Number: | 0044964481 | Check Amount: | | 0.00 |

EMPLOYER: MARRIOTT HOTEL SERVICES, INC 10400 FERNWOOD ROAD BETHESDA, MD 20817

IRA MURRAY    HCE Status: NO
1431 N. FELTON STREET.
PHILADELPHIA, PA 19151
EmpID:

Federal Exemptions: 1     Federal Filing Status: Single
State Exemptions: 1       State Filing Status: Single

| | Current Amount | YTD Amount |
|---|---|---|
| Federal Wages: | $ 466.71 | $ 8,316.82 |
| FICA Wages: | $ 459.21 | $ 8,316.82 |

### Payments

| OT Premium* | Description | Rate | RegHrs/Days | OT Hrs | Units | Amount |
|---|---|---|---|---|---|---|
| | Rate 2 | 12.300 | 39.5 | | | 485.85 |
| | TOTAL REG HRS/DAYS: | | 39.5 | | | |
| | LNDRY | | | | | 7.50 |
| | | | | | Gross Pay: | 493.35 |

### Tax Deductions

| Description | Current Deduction | YTD Amount |
|---|---|---|
| Federal Income Tax | 33.35 | 606.61 |
| FICA | 35.13 | 636.23 |
| PHIL-R Income Tax | 17.87 | 323.58 |
| PA Income Tax | 14.10 | 255.32 |
| SUTA Income Tax | 0.29 | 5.32 |
| | Total: 100.74 | Total: 1,827.06 |

### Deductions & Adjustments

| Description | Before Tax | After Tax |
|---|---|---|
| CREDIT UNION DEDUCTIONS | | 265.97 |
| PROFIT SHARING A/T | | 100.00 |
| DENTAL B/T | 2.65 | |
| MEDICAL B/T | 23.99 | |
| Subtotals: | 26.64 | 365.97 |
| Grand Total: | | 392.61 |

### Direct Deposit

| Type | Account Number | Amount |
|---|---|---|
| | | |

### Leave Balance & Miscellaneous Info

| Description | Amount | Balance |
|---|---|---|
| Available Leave – Hours | | 9.7 |
| Sick Leave – Hours | | 0.7 |

### Occupational Information

| Rate | Dept/WD | Occ Code | Rate | Description |
|---|---|---|---|---|
| 2 | U2/23 | 011000 | 12.300 | GUEST SERVICE AIDE |

*The OT Premium is added to your base rate(s) to determine OT Rate (time and a half) and DblRate (doubletime), after consideration of multiple base rates and/or additional earnings (such as service charges).

Marrpay Pay Statement
CONFIDENTIAL - RETAIN FOR TAX PURPOSES

33/703.U2

Paystub Inquiries:
1965 Hawks Landing
Louisville, TN 37777
703-466-7493

| | | | | |
|---|---|---|---|---|
| Week Ending Date: | 05/18/2018 | Total Hrs/Days Worked: | | 30.6 |
| Pay Period Start Date: | 05/12/2018 | Gross Pay: | | 382.38 |
| Pay Period End Date: | 05/18/2018 | Taxes: | | -71.55 |
| Weeks Paid: | 1 | Ded & Adjs: | | -310.83 |
| Check Date: | 05/24/2018 | Net Pay: | | 0.00 |
| Check Number: | 0044976097 | Check Amount: | | 0.00 |

EMPLOYER: MARRIOTT HOTEL SERVICES, INC 10400 FERNWOOD ROAD BETHESDA, MD 20817

IRA MURRAY                              HCE Status: NO
1431 N. FELTON STREET.
PHILADELPHIA, PA 19151
EmpID:

Federal Exemptions: 1                    Federal Filing Status: Single
State Exemptions: 1                      State Filing Status: Single

| | Current Amount | YTD Amount |
|---|---|---|
| Federal Wages: | $ 355.74 | $ 8,666.56 |
| FICA Wages: | $ 349.74 | $ 8,666.56 |

## Payments

| OT Premium* | Description | Rate | RegHrs/Days | OT Hrs | Units | Amount |
|---|---|---|---|---|---|---|
| | Rate 2 | 12.300 | 30.6 | | | 376.38 |
| | TOTAL REG HRS/DAYS: | | 30.6 | | | |
| | LNDRY | | | | | 6.00 |
| | | | | | Gross Pay: | 382.38 |

## Tax Deductions

| Description | Current Deduction | YTD Amount |
|---|---|---|
| Federal Income Tax | 20.21 | 626.82 |
| FICA | 26.76 | 662.99 |
| PHIL-R Income Tax | 13.61 | 337.19 |
| PA Income Tax | 10.74 | 266.06 |
| SUTA Income Tax | 0.23 | 5.55 |
| Total: | 71.55 | Total: 1,898.61 |

## Deductions & Adjustments

| Description | Before Tax | After Tax |
|---|---|---|
| CREDIT UNION DEDUCTIONS | | 184.19 |
| PROFIT SHARING A/T | | 100.00 |
| DENTAL B/T | 2.65 | |
| MEDICAL B/T | 23.99 | |
| Subtotals: | 26.64 | 284.19 |
| Grand Total: | | 310.83 |

## Direct Deposit

| Type | Account Number | Amount |
|---|---|---|
| | | |

## Leave Balance & Miscellaneous Info

| Description | Amount | Balance |
|---|---|---|
| Available Leave – Hours | | 12.6 |
| Sick Leave – Hours | | 0.7 |

## Occupational Information

| Rate | Dept/WD | Occ Code | Rate | Description |
|---|---|---|---|---|
| 2 | U2/23 | 011000 | 12.300 | GUEST SERVICE AIDE |

*The OT Premium is added to your base rate(s) to determine OT Rate (time and a half) and DblRate (doubletime), after consideration of multiple base rates and/or additional earnings (such as service charges).

Marrpay Pay Statement
CONFIDENTIAL - RETAIN FOR TAX PURPOSES

33/703.U2

Paystub Inquiries:
1965 Hawks Landing
Louisville, TN 37777
703-466-7493

| | |
|---|---|
| Week Ending Date: | 05/25/2018 |
| Pay Period Start Date: | 05/19/2018 |
| Pay Period End Date: | 05/25/2018 |
| Weeks Paid: | 1 |
| Check Date: | 05/31/2018 |
| Check Number: | 0044988691 |

| | |
|---|---|
| Total Hrs/Days Worked: | 29.7 |
| Gross Pay: | 372.81 |
| Taxes: | -68.59 |
| Ded & Adjs: | -304.22 |
| Net Pay: | 0.00 |
| Check Amount: | 0.00 |

EMPLOYER: MARRIOTT HOTEL SERVICES, INC 10400 FERNWOOD ROAD BETHESDA, MD 20817

IRA MURRAY
1431 N. FELTON STREET.
PHILADELPHIA, PA 19151
EmpID: 1044931

HCE Status: NO

Federal Exemptions: 1
State Exemptions: 1

Federal Filing Status: Single
State Filing Status: Single

| | Current Amount | YTD Amount |
|---|---|---|
| Federal Wages: | $ 346.17 | $ 9,005.23 |
| FICA Wages: | $ 338.67 | $ 9,005.23 |

### Payments

| OT Premium* | Description | Rate | RegHrs/Days | OT Hrs | Units | Amount |
|---|---|---|---|---|---|---|
| | Rate 2 | 12.300 | 29.7 | | | 365.31 |
| | TOTAL REG HRS/DAYS: | | 29.7 | | | |
| | LNDRY | | | | | 7.50 |
| | | | | | Gross Pay: | 372.81 |

### Tax Deductions

| Description | Current Deduction | YTD Amount |
|---|---|---|
| Federal Income Tax | 18.88 | 645.70 |
| FICA | 25.91 | 688.90 |
| PHIL-R Income Tax | 13.18 | 350.37 |
| PA Income Tax | 10.40 | 276.46 |
| SUTA Income Tax | 0.22 | 5.77 |
| Total: | 68.59 | Total: 1,967.20 |

### Deductions & Adjustments

| Description | Before Tax | After Tax |
|---|---|---|
| CREDIT UNION DEDUCTIONS | | 177.58 |
| PROFIT SHARING A/T | | 100.00 |
| DENTAL B/T | 2.65 | |
| MEDICAL B/T | 23.99 | |
| Subtotals: | 26.64 | 277.58 |
| Grand Total: | | 304.22 |

### Direct Deposit

| Type | Account Number | Amount |
|---|---|---|
| | | |

### Leave Balance & Miscellaneous Info

| Description | Amount | Balance |
|---|---|---|
| Available Leave – Hours | | 15.5 |
| Sick Leave – Hours | | 0.7 |

### Occupational Information

| Rate | Dept/WD | Occ Code | Rate | Description |
|---|---|---|---|---|
| 2 | U2/23 | 011000 | 12.300 | GUEST SERVICE AIDE |

*The OT Premium is added to your base rate(s) to determine OT Rate (time and a half) and DblRate (doubletime), after consideration of multiple base rates and/or additional earnings (such as service charges).