Marrpay Pay Statement
**CONFIDENTIAL - RETAIN FOR TAX PURPOSES**

33/703.U2

Paystub Inquiries:
1965 Hawks Landing
Louisville, TN 37777
703-466-7493

| Week Ending Date: | 07/13/2018 | Total Hrs/Days Worked: | 28.7 |
|---|---|---|---|
| Pay Period Start Date: | 07/07/2018 | Gross Pay: | 359.01 |
| Pay Period End Date: | 07/13/2018 | Taxes: | -65.42 |
| Weeks Paid: | 1 | Ded & Adjs: | -293.59 |
| Check Date: | 07/19/2018 | Net Pay: | 0.00 |
| Check Number: | 0045070301 | Check Amount: | 0.00 |

EMPLOYER: MARRIOTT HOTEL SERVICES, INC 10400 FERNWOOD ROAD BETHESDA, MD 20817

IRA MURRAY
1431 N. FELTON STREET
PHILADELPHIA, PA 19151
EmpID:

HCE Status: NO

Federal Exemptions: 1
State Exemptions: 1

Federal Filing Status: Single
State Filing Status: Single

|  | Current Amount | YTD Amount |
|---|---|---|
| Federal Wages: | $ 332.37 | $ 12,360.51 |
| FICA Wages: | $ 326.37 | $ 12,360.51 |

### Payments

| OT Premium* Description | Rate | RegHrs/Days | OT Hrs | Units | Amount |
|---|---|---|---|---|---|
| Rate 2 | 12.300 | 28.7 | | | 353.01 |
| TOTAL REG HRS/DAYS: | | 28.7 | | | |
| LNDRY | | | | | 6.00 |
| Gross Pay: | | | | | 359.01 |

### Tax Deductions

| Description | Current Deduction | YTD Amount |
|---|---|---|
| Federal Income Tax | 17.56 | 896.18 |
| FICA | 24.96 | 945.57 |
| PHIL-R Income Tax | 12.67 | 480.78 |
| PA Income Tax | 10.02 | 379.47 |
| SUTA Income Tax | 0.21 | 7.88 |
| Total: | 65.42 | Total: 2,709.88 |

### Deductions & Adjustments

| Description | Before Tax | After Tax |
|---|---|---|
| CREDIT UNION DEDUCTIONS | | 146.96 |
| PROFIT SHARING A/T | | 100.00 |
| SAFETY SHOES | | 19.99 |
| DENTAL B/T | 2.65 | |
| MEDICAL B/T | 23.99 | |
| Subtotals: | 26.64 | 266.95 |
| Grand Total: | | 293.59 |

### Direct Deposit

| Type | Account Number | Amount |
|---|---|---|
| | | |

### Leave Balance & Miscellaneous Info

| Description | Amount | Balance |
|---|---|---|
| Available Leave - Hours | | 38.0 |
| Sick Leave - Hours | | 0.7 |

### Occupational Information

| Rate | Dept/WD | Occ Code | Rate | Description |
|---|---|---|---|---|
| 2 | 1/2/23 | 011000 | 12.300 | GUEST SERVICE AIDE |

*The OT Premium is added to your base rate(s) to determine OT Rate (time and a half) and DblRate (doubletime), after consideration of multiple base rates and/or additional earnings (such as service charges).