| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Ira**  **R.**  **Murray, III**  First Name / Middle Name / Last Name |
| Debtor 2 (Spouse, if filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | **EASTERN DIST. OF PENNSYLVANIA** |
| Case number (if known) | **18-13504AMC13** |

☑ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt    04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?**  *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**1431 N. Felton Street, Philadelphia, PA 19151**<br><br>**Residence   Zillow FMV = $49,000**<br>Line from *Schedule A/B*:  **1.1** | **$49,000.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(1) |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

Official Form 106C    Schedule C: The Property You Claim as Exempt    page 1

Debtor 1   **Ira R. Murray, III**                                    Case number (if known)   **18-13504AMC13**

| **Part 2:** | **Additional Page** | | | |
|---|---|---|---|---|
| **Brief description of the property and line on *Schedule A/B* that lists this property** | **Current value of the portion you own** Copy the value from *Schedule A/B* | **Amount of the exemption you claim** *Check only one box for each exemption* | | **Specific laws that allow exemption** |
| Brief description: **5146 Sanson Street, Phila., PA 19139 Rental Property    Eppraisal FMV = $62,000 Tenant Pays $900/Month Since 1/1/18** Line from *Schedule A/B*: __**1.2**__ | $62,000.00 | ☑ | $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: **5714 Market St, Philadelphia, PA 19139 Rental Property    BOA FMV = $36,000 (2) Tenants Pay $700 & $800/Month = $1500 Total** Line from *Schedule A/B*: __**1.3**__ | $36,000.00 | ☑ | $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: **1999 Nissan Pathfinder (approx. 170000 miles) KBB FMV (1st exemption claimed for this asset)** Line from *Schedule A/B*: __**3.1**__ | $521.00 | ☑ | $521.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |
| Brief description: **1999 Nissan Pathfinder (approx. 170000 miles) KBB FMV (2nd exemption claimed for this asset)** Line from *Schedule A/B*: __**3.1**__ | $521.00 | ☑ | $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: **2013 LANDROVER LANDROVER** Line from *Schedule A/B*: _____ | $12,000.00 | ☑ | $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: **Household goods and furnishings** Line from *Schedule A/B*: __**6**__ | $3,340.00 | ☑ | $3,340.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **Wearing apparel** Line from *Schedule A/B*: __**11**__ | $600.00 | ☑ | $600.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **Checking account---Marriott FCU** Line from *Schedule A/B*: __**17.1**__ | $445.00 | ☑ | $445.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

Debtor 1  **Ira R. Murray, III**                                    Case number (if known)  **18-13504AMC13**

| **Part 2:** | **Additional Page** | | | |
|---|---|---|---|---|
| **Brief description of the property and line on** *Schedule A/B* **that lists this property** | **Current value of the portion you own** | **Amount of the exemption you claim** | | **Specific laws that allow exemption** |
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | | |
| Brief description: **Savings account---Marriott FCU** Line from *Schedule A/B*:  **17.2** | **$322.00** | ☑ | **$322.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Potential IRS Tax Refund--Tax refund to be exemptible to maximum allowed under Sec. 522(d)(5)--Estimated Refund $2116** Line from *Schedule A/B*:  **25** | **$2,116.00** | ☑ | **$2,116.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

Official Form 106C          **Schedule C: The Property You Claim as Exempt**          page 3