**Fill in this information to identify your case:**

Debtor 1  **Ira**           **R.**             **Murray, III**
          First Name        Middle Name        Last Name

Debtor 2  _____
(Spouse, if filing) First Name  Middle Name  Last Name

United States Bankruptcy Court for the: **EASTERN DIST. OF PENNSYLVANIA**

Case number  **18-13504AMC13**
(if known)

☑ Check if this is an amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

   **Person or company with whom you have the contract or lease**          **State what the contract or lease is for**

   2.1  **BETTY MCDUFFIE**                                                  **LEASE**
        Name                                                                **Contract to be ASSUMED**
        **5714 MARKET ST**
        Number   Street
        **2ND FL**
        _____
        City                State   ZIP Code

   2.2  **CATHERINE KAPLAN**                                                **LEASE**
        Name                                                                **Contract to be ASSUMED**
        **5146 SANSOM STREET**
        Number   Street
        **PHILADELPHIA, PA**
        _____
        City                State   ZIP Code

   2.3  **JAMAR SUMMERS**                                                   **LEASE**
        Name                                                                **Contract to be ASSUMED**
        **5714 MARKET STREET**
        Number   Street
        **IST FL**
        _____
        City                State   ZIP Code