**Fill in this information to identify your case:**

Debtor 1  **Ira**          **R.**           **Murray, III**
          First Name       Middle Name      Last Name

Debtor 2  _____
(Spouse, if filing) First Name   Middle Name    Last Name

United States Bankruptcy Court for the: **EASTERN DIST. OF PENNSYLVANIA**

Case number  **18-13504AMC13**
(if known)

☑ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.1**

**American Credit Acceptance**
Creditor's name
**961 E. Main St.**
Number    Street

_____

**Spartanburg       SC    29302**
City              State  ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Date debt was incurred** _____

**Describe the property that secures the claim:**
**2013 LAQNDROVER**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Last 4 digits of account number** ___ ___ ___ ___

$12,782.64    $12,000.00    $782.64

**Add the dollar value of your entries in Column A on this page. Write that number here:**    $12,782.64

Official Form 106D         Schedule D: Creditors Who Have Claims Secured by Property         page 1

Debtor 1  **Ira R. Murray, III**  Case number (if known) **18-13504AMC13**

| | Part 1: | Additional Page<br>After listing any entries on this page, number them sequentially from the previous page. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|---|

**2.2**

**Apex**
Creditor's name
**1 Walnut Grove**
Number    Street
**Suite 300**

**Horsham      PA    19044**
City            State   ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Date debt was incurred** _____

**Describe the property that secures the claim:**

**5714 Market St, Philadelphia, PA 19139**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Last 4 digits of account number** ___ ___ ___ ___

Column A: **$63,000.00**   Column B: **$36,000.00**   Column C: **$27,000.00**

**2.3**

**Chase Manhattan Mortgage**
Creditor's name
**3415 Vision Drive**
Number    Street

**Columbus      OH    43219-6009**
City            State   ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Date debt was incurred** _____
**Mortgage Matured 4/1/2013--Pay in Plan**

**Describe the property that secures the claim:**

**1431 N. Felton Street,**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
**1st Mortgage**

**Last 4 digits of account number**  5  4  7  6

Column A: **$70,000.00**   Column B: **$49,000.00**   Column C: **$21,000.00**

**Add the dollar value of your entries in Column A on this page. Write that number here:**  **$133,000.00**

Official Form 106D       **Additional Page of Schedule D: Creditors Who Have Claims Secured by Property**       page 2

| Debtor 1 | Ira R. Murray, III | Case number (if known) | 18-13504AMC13 |

### Part 1: Additional Page

After listing any entries on this page, number them sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|

**2.4**

**City Of Philadelphia**
Creditor's name
**Major Tax Unit/Bankruptcy Dept.**
Number   Street
**1401 JFK Blvd, Room 580**

**Philadelphia        PA    19102**
City                           State   ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Date debt was incurred** _____

**Describe the property that secures the claim:**
**5146 Samson Street, Phila., PA  19139**

**$3,517.00**      **$62,000.00**      **$3,517.00**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)
**Water/Sewer Arreares**

**Last 4 digits of account number**    6 __ 0 __ 0 __ 1

---

**2.5**

**City Of Philadelphia**
Creditor's name
**Major Tax Unit/Bankruptcy Dept.**
Number   Street
**1401 JFK Blvd, Room 580**

**Philadelphia        PA    19102**
City                           State   ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Date debt was incurred** _____

**Describe the property that secures the claim:**
**1431 N. Felton Street,**

**$1,863.00**      **$49,000.00**      **$1,863.00**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)
**Water/Sewer Arreares**

**Last 4 digits of account number**    1 __ 0 __ 0 __ 1

---

**Add the dollar value of your entries in Column A on this page. Write that number here:**      **$5,380.00**

Official Form 106D        **Additional Page of Schedule D: Creditors Who Have Claims Secured by Property**        page 3

Debtor 1 **Ira R. Murray, III**  Case number (if known) **18-13504AMC13**

| | Column A<br>*Amount of claim*<br>Do not deduct the value of collateral | Column B<br>*Value of collateral that supports this claim* | Column C<br>*Unsecured portion*<br>If any |
|---|---|---|---|

**Part 1: Additional Page**
After listing any entries on this page, number them sequentially from the previous page.

**2.6**
**Peco Energy**
Creditor's name
**2301 Market Street # N 3-1**
Number   Street
**Legal Department**

**Philadelphia   PA   19103-1338**
City           State    ZIP Code

Describe the property that secures the claim:

| $8,625.00 | $0.00 | $8,625.00 |

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☑ Other (including a right to offset)
**Judgment**

Date debt was incurred **2015**   Last 4 digits of account number **3  2  7  4**

**Avoid Lien**

**2.7**
**Select Portfolio Servicing**
Creditor's name
**PO Box 65250**
Number   Street

**Salt Lake City   UT   84165**
City             State  ZIP Code

Describe the property that secures the claim:
**5146 Samson Street, Phila., PA 19139**

| $72,000.00 | $62,000.00 | $10,000.00 |

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
**1st Mortgage**

Date debt was incurred **02/2002**   Last 4 digits of account number **7  0  6  6**

**LOAN MODIFIED UNDER A FEDERAL GOVERNMENT PLAN**

**Add the dollar value of your entries in Column A on this page. Write that number here:**   **$80,625.00**

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:**   **$231,787.64**