# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSLYVANIA

| | |
|---|---|
| IN RE: | Case No.: 18-13504-amc |
| Ira R. Murray, III | Chapter No.: 13 |
| **Debtor** | |

## NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

**APEX MORTGAGE CORP.** has filed a **MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROHIBITING THE USE OF CASH COLLATERAL** with the court.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney)**

If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then by no later than **October 16, 2018**, you or your attorney must do all of the following:

1.
   a. File an answer explaining your position at

       Clerk, U.S. Bankruptcy Court
       Robert N. C. Nix Sr., Federal Courthouse
       900 Market Street,
       Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

   b. Mail a copy to the movant's attorney:

        Daniel L. Reinganum, Esq.
        McDowell Law, PC
        46 W. Main Street
        Maple Shade, NJ 08082

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be heard before the Honorable Ashely M. Chan on **October 30, 2018** at 11:00 am, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107, Courtroom #4.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.


BY: /s/ Daniel L. Reinganum, Esq.           Dated: October 1, 2018
    Daniel L. Reinganum


McDowell Law, PC
46 W. Main Street
Maple Shade, NJ 08052
856-482-5544
DanielR@McDowellLegal.com