# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

           Chapter 13

           Bankruptcy No. 18-13504-AMC

IRA R MURRAY, III

1431 N. FELTON STREET

PHILADELPHIA, PA 19151

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    IRA R MURRAY, III

    1431 N. FELTON STREET

    PHILADELPHIA, PA 19151

Counsel for debtor(s), by electronic notice only.

    CIBIK & CATALDO
    1500 WALNUT STREET
    SUITE 900
    PHILA, PA 19102-

                                        /S/ William C. Miller

Date: 10/9/2018                                 _____

                                            William C. Miller, Esquire
                                            Chapter 13 Standing Trustee