United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Ira R. Murray, III  
    Debtor

Case No. 18-13504-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: Nov 01, 2018  
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2018.  
db            +Ira R. Murray, III,    1431 N. Felton Street,    Philadelphia, PA 19151-3806

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2018                                                   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2018 at the address(es) listed below:  
         DANIEL L. REINGANUM    on behalf of Creditor    APEX MORTGAGE CORP. DanielR@McDowellLegal.com, kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com  
         KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association, as Trustee, Successor in Interest to Wachovia Bank, N.A. (formerly known as First Union National Bank), as Trustee, et al bkgroup@kmllawgroup.com  
         MICHAEL A. CATALDO2    on behalf of Debtor Ira R. Murray, III ecf@ccpclaw.com, igotnotices@ccpclaw.com  
         MICHAEL A. CIBIK2    on behalf of Debtor Ira R. Murray, III ecf@ccpclaw.com, igotnotices@ccpclaw.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for the SACO I Inc., Mortgage Pass-through Certficates, Series 2000-1 bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com  
                                                                                                                                              TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSLYVANIA

| | |
|---|---|
| IN RE: | Case No.: 18-13504-AMC |
| Ira R. Murray, III | Chapter No.: 13 |
| **Debtor** | |

**STIPULATION RESOLVING MOTION OF APEX MORTGAGE CORP. FOR RELIEF FROM THE AUTOMATIC STAY AND OTHER RELIEF**

Whereas Apex Mortgage Corp. ('Apex Mortgage') has filed a motion for relief from the automatic stay and to prohibit the use of cash collateral (the 'Motion');

Whereas Apex Mortgage and Ira R. Murray, III (the 'Debtor' or 'Debtor') desire to resolve the Motion and agree and stipulate as follows:

1. As of October 30, 2018, Debtor is delinquent in post-petition payments in the total amount of $2,717.91.

2. Debtor shall immediately tender $853.07 to Apex Mortgage Corp. in good funds.

3. On or before November 2, 2018 Debtor shall pay $853.07 to Apex Mortgage Corp. in good funds, which leaves a remaining balance of $1,011.77 of arrears to be cured.

4. The Debtor shall cure the $1,011.77 of arrears by making additional payments as set forth below:

| Date Due | Amount Due |
|---|---|
| November 10, 2018 | $252.94 |
| December 10, 2018 | $252.94 |
| January 10, 2019 | $252.94 |
| February 10, 2019 | $252.95 |

5. Beginning with the regular payment due on November 10, 2018, the Debtor shall remain current on post-petition mortgage payments.

6. If the Debtor fails to make any payment set forth in Paragraphs 2, 3, or 4 within five (5) days of when it is due, then Apex Mortgage may obtain an Order vacating the automatic stay by submitting a Certification of Default to the Bankruptcy Court, with a copy of the application, supporting certification, and proposed Order to be served on the Chapter 13 Standing Trustee, Debtor's Counsel, and Debtor.

7. Commencing with the payment due November 10, 2018 the Debtor shall resume making regular post-petition mortgage payments to Apex Mortgage Corp. pursuant to the Promissory Note, Mortgage, and other Loan Documents.

8. If the Debtor fails to make any payment set forth in Paragraph 7 within thirty (30) days of when it is due, then Apex Mortgage Corp. may obtain an Order vacating the automatic stay by submitting a Certification of Default to the Bankruptcy Court, with a copy of the application, supporting certification, and proposed Order to be served on the Chapter 13 Standing Trustee, Debtor's Counsel, and Debtor.

9. All payments shall be tendered directly to Apex Mortgage Corp. and mailed to the following address:

> Apex Mortgage Corporation
> ATTN: Pat Seymour
> 1 Walnut Grove Drive, Suite 300
> Horsham, PA 19044

10. Apex will not request or require that attorney fees and costs related to the Motion be paid through the plan or as an administrative claim in this case, but retains its rights to recover these fees and costs pursuant to the loan documents.

I agree to the form and entry of the within Stipulation.

McDowell Law, PC
*Attorneys for Apex Mortgage Corp.*

BY: _____    Date: 10-30-18
Daniel Reinganum

Cibik & Cataldo, P.C.
*Attorneys for Ira R. Murray, III*

BY: _____    Date: 10/29/18
Michael Cataldo

Dated: **November 1, 2018**    Judge Ashely M. Chan