# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSLYVANIA

| | |
|---|---|
| IN RE: | Case No.: 18-13504-amc |
| Ira R. Murray, III | Chapter No.: 13 |
| **Debtor** | |

### ORDER VACATING AUTOMATIC STAY

And now, upon the Certification of Default of a Stipulation Order settling a Motion for Relief From the Automatic Stay of Apex Mortgage Corp. ('Movant'), it is hereby:

1. **ORDERED** that the automatic stay under §362(d)(1) is vacated with respect to :

    5714 Market Street, Philadelphia, PA 19139  (the "Real Property")

    a. So as to allow Apex Mortgage Corp. to initiate or prosecute to conclusion a foreclosure action with respect to its mortgage on the Real Property and allow Apex Mortgage Corp. or any other purchaser at Sherriff's Sale to take any legal or consensual action for enforcement of its right to possession of, or title to, the Real Properties; and

    b. So as to allow Apex Mortgage Corp. to enforce its rights under the Assignment of Rents, including without limitation, the right to appoint a rent receiver, collect the rents from the Real Property, and manage the Real Property to the exclusion of the Debtor;

_____

ASHELY M. CHAN, BANKRUPTCY JUDGE

Ira A. Murray, III
1431 N. Felton Street
Philadelphia, PA 19151

Michael A. Cibik, Esq.
Cibik & Cataldo, PC
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

William C. Miller, Esq.
Chapter 13 Trustee
PO Box 1229
Philadelphia, PA 19105

Office of the United States Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107