# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT PENNSYLVANIA DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Ira R. Murray III<br>　　　　　　　　　Debtor<br><br>Deutsche Bank National Trust Company as Trustee for the SACO I Inc., Mortgage Pass-through Certficates, Series 2000-1, its successors and/or assigns<br>　　　　　　　　　Movant<br>　　vs.<br><br>Ira R. Murray<br>　　　　　　　　　Respondent | CHAPTER 13<br><br><br><br>NO. 18-13504 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　Kindly withdraw the Objection to Confirmation of Deutsche Bank National Trust Company as Trustee for the SACO I Inc., Mortgage Pass-through Certificates, Series 2000-1, which was filed with the Court on or about August 15, 2019 (Doc. No. 31).

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**/s/ Rebecca A. Solarz,, Esquire**
　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　　Attorney for Movant
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　215-627-1322

March 4, 2019