United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-13504-amc
Ira R. Murray, III                                                    Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: ChrissyW              Page 1 of 1              Date Rcvd: Mar 20, 2019
                               Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2019.
db            +Ira R. Murray, III,    1431 N. Felton Street,    Philadelphia, PA 19151-3806

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2019 at the address(es) listed below:
              DANIEL L. REINGANUM    on behalf of Creditor    APEX MORTGAGE CORP. DanielR@McDowellLegal.com,
               kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association, as Trustee, Successor
               in Interest to Wachovia Bank, N.A. (formerly known as First Union National Bank), as Trustee, et
               al bkgroup@kmllawgroup.com
              MICHAEL A. CATALDO2    on behalf of Debtor Ira R. Murray, III ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Ira R. Murray, III ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              REBECCA ANN SOLARZ    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for
               the SACO I Inc., Mortgage Pass-through Certficates, Series 2000-1 bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: IRA MURRAY,<br><br>             Debtor(s). | Case No. 18-13504AMC13<br><br>Chapter 13 |

**ORDER APPROVING APPLICATION FOR COMPENSATION**

**AND NOW**, this __20th__ day of __March__, 201_9_, upon consideration of the Application for Compensation, it is

**ORDERED** that compensation of **$5,000.00** is allowed and the balance due to counsel in the amount of **$4,500.00** shall be disbursed by the Trustee to the extent provided for in the confirmed plan.

BY THE COURT

_____
HON. ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

CIBIK & CATALDO, P.C.
Counsel for Debtor(s)
1500 Walnut St Ste 900
Philadelphia, PA  19102
ecf@ccpclaw.com

WILLIAM C. MILLER, ESQ.
Chapter 13 Trustee
PO Box 1229
Philadelphia, PA  19105
ecfemails@ph13trustee.com

IRA MURRAY
Debtor(s)
1431 N. Felton Street
Philadelphia, PA  19151