United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Ira R. Murray, III  
      Debtor

Case No. 18-13504-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 3    Date Rcvd: Jul 01, 2019  
                Form ID: pdf900    Total Noticed: 89

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2019.

```
db              +Ira R. Murray, III,    1431 N. Felton Street,    Philadelphia, PA 19151-3806
14113329        +Aaron's Philadelphia,    6420 Frankford Avenue, Ste 3,    Philadelphia, PA 19135-3038
14113331         American Independent Services,    P.O. Box 42526,    Philadelphia, PA 19101
14113333         Arizona Premium Finance Co.,    12406 N. 32nd Street, Suite 110,    Philadelphia, PA 19151
14113334        +Az Premium Finance Co,    12406 N 32nd St Ste 110,    Phoenix, AZ 85032-7147
14113335       ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
                 (address filed with court: Caine & Weiner,    P.O. Box 5010,    Woodland Hills, CA 91365-5010)
14113337         Chase Manhattan Mortgage,    3415 Vision Drive,    Columbus, OH 43219-6009
14113341        +City of Philadelphia,    Department of Finance,    P.O. Box 56318,    Philadelphia, PA 19130-6318
14113345        +Consumer Portfolio Services, INC,    19500 Jamboree Road,    Irvine, CA 92612-2411
14113346        +Consumer Portfolio Svc,    Attn:Bankruptcy,    19500 Jamboree Rd,    Irvine, CA 92612-2411
14113348        +Credit Acceptance,    Attn: Bankruptcy Dept,    25505 West 12 Mile Rd Ste 3000,
                 Southfield, MI 48034-8331
14113350        +D.L.S. Law Offices,    8001 Castor Ave.,    Philadelphia, PA 19152-2701
14113351       ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
                 (address filed with court: Direct TV,    P.O. Box 11732,    Newark, NJ 07101)
14113353         Diversified Adjustments Service, Inc.,    P.O. Box 32145,    Fridley, MN 55432-0145
14119179         ECMC,    PO Box 16408,    St. Paul, MN 55116-0408
14113357        +EOS CCA,    700 Longwater Drive,    Norwell, MA 02061-1624
14113358        +Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
14113360        +Experian,    Profile Maintenance,    P.O. Box 9558,    Allen, Texas 75013-9558
14113361        +FH Cann & Associates, INC.,    1600 Osgood St.,    Suite 20-2/ 120,
                 North Andover, MA 01845-1048
14113362         Financial Recoveries,    PO BOX 1388,    Mt Laurel NJ 08054-7388
14113363         Hertz  Processing Services,    P.O. Box 956649,    Saint Louis, MO 63195-6649
14113367         IRM Properties,    P.O. Box 742596,    Cincinnati, OH 45274-2596
14113366         Infinity Insurance Companies,    P.O. Box 2153,    Brimingham, AL 35287-2537
14113368        +Jeanette Martinez,    5405 N. Front Street,    Philadelphia, PA 19120-2913
14113369        +KML Law Group,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
14113370         Lankenau Medical Center,    Patient Payments,    P.O. Box 8500-1145,
                 Philadelphia, PA 19178-1145
14113371         Law Enforcement Systems, LCC DelDOT,    P.O. Box 3032,    Milwaukee, WI 53201-3032
14113372        +Lazarus Financial Grou,    5420 Lbj Freeway,    Dallas, TX 75240-6222
14113373         Lazarus Financial Group, INC,    P.O. Box 867045,    Plano, TX 75086-7045
14113375        +Linebarger Goggan Blair and Sampson LLP,    1600 JFK Blvd.,    4 Penn Center, Suite 910,
                 Philadelphia, PA 19103-2818
14113376         Main Line Healthcare,    P.O.Box 8500-4600,    Philadelphia, PA 19178-4600
14113378        +Marriott Employees Fcu,    10400 Fernwood Rd Ste Ll,    Bethesda, MD 20817-1102
14113379         National Ins., Inc.,    330 E. State Street,    Newtown, PA 18940
14113380         National Payment Center,    U.S. Department of Education,    P.O. Box 105028,
                 Atlanta, GA 30348-5028
14113383         PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,    P.O. Box 280946,
                 Harrisburg, PA 17120-0946
14113386        +PGW,    Legal Dept. 4th Floor,    800 W. Montgomery Avenue,    Philadelphia, PA 19122-2806
14113385        +Penn Credit Corporation,    P.O. 1259, Dept. 91047,    Oaks, PA 19456-1259
14113387        +Philadelphia Parking Authority,    Red Light Camera Program,    P.O. Box 7425033101 Market Street,
                 Cincinnati, OH 45274-0001
14113389         Progressive Insurance,    P.O. Box 7247-0311,    Philadelphia, PA 19170-0311
14113390        +Security Credit Servic,    PO Box 1156,    Oxford, MS 38655-1156
14113394        +Sunrise Credit Services, Inc.,    Attn: Bankruptcy,    260 Airport Plaza,
                 Farmingdale, NY 11735-4021
14113396        +Tek-collect Inc,    871 Park St,    Columbus, OH 43215-1441
14113397        +TekCollect Inc,    PO Box 1269,    Columbus, OH 43216-1269
14113398        +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
                 Chicago, IL 60661-3631
14113400        +U. S. Dept of Education,    PO box 530260,    Atlanta, GA 30353-0260
14113402         UPHS PPMC Patient Pay,    P.O. Box 824314,    Philadelphia, PA 19182-4314
14113401         UPHS Physicians Patient IDX,    P.O. Box 827579,    Philadelphia, PA 19182-7579
14113405        +Wade Insurance Agency,    143 E. Roosevelt Blvd.,    Philadelphia, PA 19120-4263
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: megan.harper@phila.gov Jul 02 2019 03:23:18     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 02 2019 03:22:51
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 02 2019 03:23:15     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr               E-mail/Text: megan.harper@phila.gov Jul 02 2019 03:23:18     City of Philadelphia,
                 Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
                 5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
14113330        +E-mail/Text: EBNProcessing@afni.com Jul 02 2019 03:23:10     Afni, Inc.,    Po Box 3097,
                 Bloomington, IL 61702-3097
```

```
District/off: 0313-2          User: ChrissyW              Page 2 of 3                   Date Rcvd: Jul 01, 2019
                              Form ID: pdf900             Total Noticed: 89


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14167740      +E-mail/Text: bankruptcy@acacceptance.com Jul 02 2019 03:23:04      American Credit Acceptance,
               961 E. Main St.,    Spartanburg SC 29302-2185
14113332      +E-mail/Text: pseymour@apexmtg.com Jul 02 2019 03:22:44      Apex,   1 Walnut Grove,   Suite 300,
               Horsham, PA 19044-2201
14113340       E-mail/Text: megan.harper@phila.gov Jul 02 2019 03:23:17      City Of Philadelphia,
               Major Tax Unit/Bankruptcy Dept.,    1401 JFK Blvd, Room 580,   Philadelphia, PA 19102
14113343       E-mail/Text: megan.harper@phila.gov Jul 02 2019 03:23:18      City of Philadelphia,
               Bankruptcy Unit,    15th Floor,   1515 Arch Street,   Philadelphia, PA 19102
14234901       E-mail/Text: megan.harper@phila.gov Jul 02 2019 03:23:18      City of Philadelphia,
               Law Department Tax & Revenue Unit,    Bankruptcy Group, MSB,
               1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1595
14126484      +E-mail/Text: megan.harper@phila.gov Jul 02 2019 03:23:17
               CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT,    BANKRUPTCY GROUP, MSB,
               1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
14113347      +E-mail/Text: bankruptcy@consumerportfolio.com Jul 02 2019 03:23:11      CPS, Inc.,
               P.O. Box 57071,    Irvine, CA 92619-7071
14113336       E-mail/Text: ebn@carepayment.com Jul 02 2019 03:23:30      CarePayment,   P.O. Box 2398,
               Omaha, NE 68103-2398
14114852      +E-mail/Text: bankruptcy@cavps.com Jul 02 2019 03:23:12      Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14113338      +E-mail/Text: ecf@ccpclaw.com Jul 02 2019 03:22:39      Cibik and Cataldo, P.C.,
               1500 Walnut St., Suite 900,    Philadelphia, PA 19102-3518
14113342      +E-mail/Text: bankruptcy@philapark.org Jul 02 2019 03:23:29      City of Philadelphia,
               Parking Violations Branch,    PO Box 41819,   Philadelphia, PA 19101-1819
14113344      +E-mail/Text: documentfiling@lciinc.com Jul 02 2019 03:22:38      Comcast Cable,   P.O. Box 3006,
               Southeastern, PA 19398-3006
14113349      +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 02 2019 03:23:29
               Credit collection services,    Two Wells Avenue,   Dept. 9135,   Newtown, MA 02459-3225
14177904       E-mail/Text: jennifer.chacon@spservicing.com Jul 02 2019 03:23:32
               Deutsche Bank National Trust Company,    c/o Select Portfolio Servicing, Inc.,   P.O. Box 65250,
               Salt Lake City, UT 84165-0250
14113354       E-mail/Text: bankruptcynotices@dcicollect.com Jul 02 2019 03:23:27
               Diversified Consultants, Inc.,    P.O. Box 551268,   Jacksonville, FL 32255-1268
14113359      +E-mail/Text: bknotice@ercbpo.com Jul 02 2019 03:23:08      ERC/Enhanced Recovery Corp,
               Attn: Bankruptcy,    8014 Bayberry Road,   Jacksonville, FL 32256-7412
14113355       E-mail/Text: bknotice@ercbpo.com Jul 02 2019 03:23:08      Enhanced Recovery Co., LLC,
               8014 Bayberry Road,    Jacksonville, FL 32256-7412
14113356       E-mail/Text: bknotice@ercbpo.com Jul 02 2019 03:23:08      Enhanced Recovery Co., LLC,
               P.O. Box 23870,    Jacksonville, FL 32241-3870
14113365       E-mail/Text: cio.bncmail@irs.gov Jul 02 2019 03:22:44      I.R.S.,   P.O. Box 7346,
               Philadelphia, PA 19101-7346
14113374      +E-mail/Text: bankruptcy@philapark.org Jul 02 2019 03:23:29      LDC Collection,   P.O. Box 41819,
               Philadelphia, PA 19101-1819
14167781       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 02 2019 03:31:05
               LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
               LLC,   Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14113377      +E-mail/Text: MVCIBL@VACATIONCLUB.COM Jul 02 2019 03:23:06      Marriott Employees Fcu,
               10400 Fernwood Rd,    Bethesda, MD 20817-1102
14113382      +E-mail/Text: bankruptcydepartment@tsico.com Jul 02 2019 03:23:28
               NCO Fianancial Systems, INC- KGPORT,    P.O. Box 15270,   Willmington, DE 19850-5270
14113381      +E-mail/Text: bankruptcydepartment@tsico.com Jul 02 2019 03:23:28
               NCO Fianancial Systems, INC- KGPORT,    P.O. Box 15273,   Willmington, DE 19850-5273
14131328      +E-mail/Text: bankruptcygroup@peco-energy.com Jul 02 2019 03:22:47      PECO Energy Company,
               2301 Market Street,    S4-1,   Philadelphia, PA 19103-1380
14113384       E-mail/Text: bankruptcygroup@peco-energy.com Jul 02 2019 03:22:47      Peco Energy,
               2301 Market Street # N 3-1,    Legal Department,   Philadelphia PA 19103-1338
14113388      +E-mail/Text: bankruptcy@philapark.org Jul 02 2019 03:23:29      Philadelphia Parking Authority,
               Bankruptcy Department,    701 Market Street,   Philadelphia, PA 19106-2895
14113391      +E-mail/Text: jennifer.chacon@spservicing.com Jul 02 2019 03:23:32
               Select Portfolio Servicing,    PO Box 65250,   Salt Lake City, UT 84165-0250
14113393       E-mail/Text: bankruptcy@sw-credit.com Jul 02 2019 03:23:06      Southwest Credit,
               4120 International Pkwy,    Suite 1100,   Carrollton, TX 75007-1958
14113395       E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Jul 02 2019 03:30:52      T Mobile,
               P.O. Box 629025,    El Dorado Hills, CA 95762
14119626      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 02 2019 03:30:56      T Mobile/T-Mobile USA Inc,
               by American InfoSource LP as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
14178176       E-mail/Text: jennifer.chacon@spservicing.com Jul 02 2019 03:23:32
               U.S. Bank National Association,    c/o Select Portfolio Servicing, Inc.,   P.O. Box 65250,
               Salt Lake City, UT 84165-0250
14113403      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 02 2019 03:22:37
               Verizon,   500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
14113404      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 02 2019 03:22:37
               Verizon,   Verizon Wireless Bk Admin,    500 Technology Dr Ste 550,
               Weldon Springs, MO 63304-2225
14176589      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 02 2019 03:30:56      Verizon,
               by American InfoSource LP as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
14113406       E-mail/Text: eforbes@ph13trustee.com Jul 02 2019 03:22:47      William C. Miller, Esquire,
               Chapter 13 Trustee,    P.O. Box 40119,   Philadelphia, PA 19106-0119
```

```
District/off: 0313-2          User: ChrissyW             Page 3 of 3              Date Rcvd: Jul 01, 2019
                              Form ID: pdf900            Total Noticed: 89
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
                                                                                                TOTAL: 41

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14113339*       +Cibik and Cataldo, P.C.,    1500 Walnut Street,    Suite 900,    Philadelphia, PA 19102-3518
14113352*      ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
               (address filed with court:  Direct TV,    P.O. Box 78626,    Phoenix, AZ 85062)
14113392*       +Select Portfolio Servicing, Inc,    PO Box 65250,    Salt Lake City, UT 84165-0250
14113364       ##+I.C. System, Inc.,    444 Highway 96, East,    P.O. Box 64794,    Saint Paul, MN 55164-0794
14113399       ##+Transworld System Inc/,    2235 Mercury Way Ste 275,    Santa Rosa, CA 95407-5463
                                                                                    TOTALS: 0, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2019 at the address(es) listed below:
```
              DANIEL L. REINGANUM    on behalf of Creditor    APEX MORTGAGE CORP. DanielR@McDowellLegal.com,
               kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association, as Trustee, Successor
               in Interest to Wachovia Bank, N.A. (formerly known as First Union National Bank), as Trustee, et
               al bkgroup@kmllawgroup.com
              MICHAEL A. CATALDO2    on behalf of Debtor Ira R. Murray, III ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Ira R. Murray, III ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              REBECCA ANN SOLARZ    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for
               the SACO I Inc., Mortgage Pass-through Certfcates, Series 2000-1 bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                TOTAL: 8
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IRA R MURRAY, III | Chapter 13 |
| Debtor | Bankruptcy No. 18-13504-AMC |

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

    **AND NOW**, this __1st__ day of __July__, 2019, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

    **ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
CIBIK & CATALDO
1500 WALNUT STREET
SUITE 900
PHILA, PA 19102-


Debtor:
IRA R MURRAY, III

1431 N. FELTON STREET

PHILADELPHIA, PA 19151